IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTCT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-cv-378-FL

Kevin Snow,  )
 )
      Plaintiff,  )
 )
v.  )
 )    ORDER
Andrew Saul,  )
Commissioner of  )
Social Security,  )
 )
      Defendant.  )
_____ )

Plaintiff's counsel has submitted a Consent Motion for Substitution of Party, pursuant to Federal Rule of Civil Procedure 25(a), to substitute Plaintiff's widow, Kimberly Snow as Plaintiff.

As Plaintiff's counsel has produced evidence of Plaintiff's death and his relationship to his widow, and because Plaintiff's widow has a surviving claim pursuant to 42 U.S.C. § 404(d) and 20 CFR § 404.503(b)(1)(i), Plaintiff's counsel's motion is hereby GRANTED.

So ORDERED.

This \_\_12th\_\_ day of \_\_May_____, 2021.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE